FILED
CLERK, U.S. DISTRICT COURT

SEP - 2 2011

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  Case No.: CR 10-00176 MMM
         Plaintiff,  )  ORDER OF DETENTION PENDING
    v.  )  FURTHER REVOCATION PROCEEDINGS
          )  (FED. R. CRIM. P. 32.1(a)(6); 18
Damascus Ramsay  )  U.S.C. § 3143(a)(1))
        Defendant.  )

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
— violation report
— pretrial services report
— defendant's non-objection

1

1      and/ or

2 B. (✓)   The defendant has not met his/her burden of establishing by clear and
3      convincing evidence that he/she is not likely to pose a danger to the
4      safety of any other person or the community if released under 18 U.S.C.
5      § 3142(b) or (c). This finding is based on the following:

- violation report
- pretrial services report
- defendant's non-objection

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: September 2, 2011

HONORABLE SHERI PYM
United States Magistrate Judge